IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DON ANDERSON, individually and                                                              PLAINTIFF
on behalf of others similarly situated

v.                                           NO. 4:11CV00777 JLH

METROPOLITAN NATIONAL BANK                                                          DEFENDANT

## ORDER

The motion for admission to appear *pro hac vice* by Michael Todd Harrison is GRANTED. Document #2. Mr. Harrison is hereby admitted to appear before this Court as co-counsel for the plaintiff, with Dan Turner of Arnold, Batson, Turner & Turner, P.A., as local counsel.

IT IS SO ORDERED this 1st day of November, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE