**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DON ANDERSON, individually and                                                              PLAINTIFF
on behalf of all others similarly situated

v.                                         NO. 4:11CV00777 JLH

METROPOLITAN NATIONAL BANK                                                              DEFENDANT

## ORDER

Without objection, defendant's motion for extension of time to answer or otherwise respond to the plaintiff's complaint is GRANTED. Document #6. The time within which the defendant must answer or otherwise respond to the complaint is extended up to and including December 15, 2011.

IT IS SO ORDERED this 23rd day of November, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE