# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DON ANDERSON, individually and                                        PLAINTIFF
on behalf of all others similarly situated

v.                    NO. 4:11CV00777 JLH

METROPOLITAN NATIONAL BANK                                    DEFENDANT

## **ORDER**

Pursuant to the stipulation of the parties (Document #8), this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED this 14th day of December, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE