## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DON ANDERSON, individually and                                    PLAINTIFF
on behalf of all others similarly situated

v.                       NO. 4:11CV00777 JLH

METROPOLITAN NATIONAL BANK                                 DEFENDANT

### ORDER

Pursuant to the stipulation of the parties (Document #8), this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED this 14th day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE